# UNITED STATES DISTRICT COURT
## District of Minnesota

Hector Javier Tigasi Cuchipe,

Petitioner(s),

v.

Pamela Jo Bondi, Kristi Noem, Todd Lyons,
David Easterwood and Joel Brott,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1565 JMB/EMB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents are ORDERED to release Petitioner from custody immediately in Minnesota without conditions, and in any event no later than 4:00 p.m. CT on February 26, 2026.
2. On or before 11:00 a.m. CT on February 27, 2026, counsel for Respondents shall file a letter affirming that Petitioner was released from custody in Minnesota and without conditions in accordance with this Order. Counsel shall also file a declaration on or before 11:00 a.m. CT on February 27, 2026, pursuant to 28 U.S.C. § 1746 by an individual with personal knowledge that states when and where the Petitioner was released, attaches any and all documentation concerning the Petitioner's release, affirms that all property of Petitioner was returned to Petitioner upon release (or, if property is retained, state which property is retained, the legal basis for its retention, and affirm that Respondents duly provided Petitioner with certified copies of any and all immigration-related documentation). To the extent Petitioner seeks relief beyond an order requiring release or an order requiring a bond hearing, the Petition is DENIED

Date: 2/26/2026

KATE M. FOGARTY, CLERK